| | |
|---|---|
| 1 | Joseph M. Marchini            #082427 |
|   | jmarchini@bakermanock.com |
| 2 | J. Jackson Waste              #289081 |
|   | jwaste@bakermanock.com |
| 3 | BAKER MANOCK & JENSEN, PC |
|   | 5260 North Palm Avenue, Fourth Floor |
| 4 | Fresno, California 93704 |
|   | Telephone: 559.432.5400 |
| 5 | Facsimile: 559.432.5620 |

6   Attorneys for   DEFENDANT SOUTHWESTERN & PACIFIC SPECIALTY
                    FINANCE, INC. (erroneously sued as CHECK 'N GO OF
7                   CALIFORNIA)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KEOMANEE SISOUNTHONE, | CASE No. 5:17-CV-05410-HRL |
| Plaintiff, | **STIPULATION TO REFER TO ARBITRATION** |
| v. | Judge:   Hon. Howard R. Lloyd |
| SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. (erroneously sued as CHECK 'N GO OF CALIFORNIA, INC.) and DOES 1-100, inclusive, | Trial Date:   None Set |
| Defendants. | |

Plaintiff Keomanee Sisounthone ("Plaintiff") and Defendant Southwestern & Pacific Specialty Finance, Inc., d/b/a and erroneously sued herein as Check 'N Go of California ("Defendant"), through their undersigned counsel of record, hereby stipulate as follows:

1. On or about September 18, 2017, Plaintiff filed a complaint (which it amended on or about October 26, 2017) against Defendant, commencing the action titled as *Keomanee Sisounthone v. Check 'N Go of California, Inc.* (case no. 5:17-cv-05410-HRL), which case currently proceeds before the above-referenced Court.

2. Plaintiff asserts violations of the Telephone Consumer Protection Act ("TCPA") and Rosenthal Fair Debt Collection Practices Act ("RFDCPA") arising out of a loan

1  agreement entered into by and between Plaintiff and Defendant (the "Installment Loan
2  Agreement").
3       3.    The Installment Loan Agreement contains a valid, binding arbitration
4  provision requiring all disputes arising out of or relating to the agreement to be submitted to
5  binding arbitration before the AAA. The Parties agree that this is such a dispute.
6       4.    The Parties therefore stipulate to refer this dispute to arbitration and stay the
7  instant proceedings pending the outcome of said arbitration.

**IT IS SO STIPULATED.**

DATED: December 21, 2017

BAKER MANOCK & JENSEN, PC

By: /s/ J. Jackson Waste
Joseph M. Marchini
J. Jackson Waste
Attorneys for DEFENDANT
SOUTHWESTERN & PACIFIC
SPECIALTY FINANCE, INC. (erroneously
sued as CHECK 'N GO OF CALIFORNIA)

SAGARIA LAW, PC

By: /s/ Scott M. Johnson
Scott M. Johnson
Attorneys for PLAINTIFF KEOMANEE
SISOUNTHONE