United States District Court
Northern District of California

1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

12  KEOMANEE SISOUNTHONE,                    Case No. 5:17-cv-05410-HRL

13          Plaintiff,

14      v.                                   **ORDER RE STIPULATION FOR ARBITRATION**

15  CHECK 'N GO OF CALIFORNIA,               Re: Dkt. No. 15

16          Defendant.

17

18      The parties having advised that they agree this matter should proceed in binding arbitration

19  before AAA, the court so orders. Because it is unclear when the arbitration proceedings might

20  conclude, rather than stay this case, this court will administratively close it. This simply means

21  that this matter will be removed from this court's docket of active litigation, and all previously

22  scheduled deadlines and appearances are vacated. This order is without prejudice to either side to

23  file a motion to reopen this matter if the circumstances warrant it.

24      SO ORDERED.

25  Dated:   December 28, 2017

26
27                                           _____
28                                           HOWARD R. LLOYD
                                             United States Magistrate Judge